LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CRIAG MATTHEW BEINGESSER, ) | No.  EDCV 15-1385 JC |
| ) | |
| Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the terms of the stipulation.

DATE:       August 1, 2016

_____/s/_____
HON. JACQUELINE CHOOLJIAN,
UNITED STATES MAGISTRATE JUDGE

-1-